# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN McCABE, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00646-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE THIS ACTION AS A REGULAR CIVIL RIGHTS ACTION |

    Plaintiff Brian McCabe is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is a state prisoner incarcerated at Mule Creek State Prison. Plaintiff utilized the section 1983 complaint form for a civil rights action filed by incarcerated individuals. However, upon review of the complaint, Plaintiff is attempting to challenge proceeding involving the probate of a will rather than conditions of his confinement. Accordingly, the Clerk of Court is directed to change the administrative designation of this action as a regular civil action.

IT IS SO ORDERED.

Dated: __June 9, 2017__

                                              UNITED STATES MAGISTRATE JUDGE